LITCHFIELD v. THE IOWA HOMESTEAD COMPANY *et al.*

**Former Adjudication** : RECOVERY OF TAXES PAID UNDER MISTAKE. (*Goodnow v. Burrows, ante,* pp. 251 and 256, *followed.*)

*Appeal from Webster District Court.*

FILED, MARCH 12, 1888.

*C. H. Gatch*, for appellants.

*George Crane*, for appellee.

BECK, J.—The facts of this case bring it within the rules and doctrines of *Goodnow v. Burrows* as announced in the original opinion, and the opinion upon rehearing filed at the present term of this court. See *ante*, pp. 251 and 256. Following the decision in that case the judgment in this is                                   REVERSED.